```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

PAULA STEVENS

v.                          NO. 4:09CV00135 SWW

RESHAM TAKHAR, ET AL

### ORDER

Pursuant to the stipulation of dismissal filed by the parties,

IT IS THEREFORE ORDERED that the above-styled case shall be dismissed with prejudice.

DATED this 17th day of December 2009.

                                         /s/Susan Webber Wright
                                         United States District Judge